```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 13913
    MARILYN L JONES
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1616

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/27/2006 and was confirmed 01/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/10/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
CONDOR CAPITAL CORP      SECURED VEHIC   19238.49        829.36         2182.58
CONDOR CAPITAL CORP      UNSEC W/INTER   NOT FILED          .00             .00
CONDOR CAPITAL CORP      NOTICE ONLY     NOT FILED          .00             .00
WELLS FARGO BANK         CURRENT MORTG    8954.85           .00         8954.85
WELLS FARGO BANK         MORTGAGE ARRE   17938.00           .00             .00
FISHER & SHAPIRO         NOTICE ONLY     NOT FILED          .00             .00
CAPITAL ONE              UNSEC W/INTER    1389.43           .00             .00
UNITED RECOVERY SYSTEMS  NOTICE ONLY     NOT FILED          .00             .00
CITY OF CHICAGO PARKING  UNSEC W/INTER     880.00           .00             .00
ARNOLD SCOTT HARRIS      NOTICE ONLY     NOT FILED          .00             .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY     NOT FILED          .00             .00
CREDIT PROTECTION ASSOCI UNSEC W/INTER   NOT FILED          .00             .00
COMCAST                  NOTICE ONLY     NOT FILED          .00             .00
COMCAST                  NOTICE ONLY     NOT FILED          .00             .00
CREDIT PROTECTION ASSOCI UNSEC W/INTER   NOT FILED          .00             .00
CROSS COUNTRY BANK       UNSEC W/INTER   NOT FILED          .00             .00
CROSS COUNTRY BANK       NOTICE ONLY     NOT FILED          .00             .00
CROSS COUNTRY BANK       NOTICE ONLY     NOT FILED          .00             .00
FINGERHUT                UNSEC W/INTER   NOT FILED          .00             .00
AXSYS NATIONAL BANK      NOTICE ONLY     NOT FILED          .00             .00
FINGERHUT CREDIT ADVANTA NOTICE ONLY     NOT FILED          .00             .00
ISLAND NATIONAL GROUP    NOTICE ONLY     NOT FILED          .00             .00
ISLAND NATIONAL GROUP    NOTICE ONLY     NOT FILED          .00             .00
PLAZA ASSOCIATES         NOTICE ONLY     NOT FILED          .00             .00
INSTANT CASH ADVANCE     UNSEC W/INTER   NOT FILED          .00             .00
LIPPINCIOTT WILLIAMS & W UNSEC W/INTER   NOT FILED          .00             .00
LIPPINCIOTT WILLIAMS & W NOTICE ONLY     NOT FILED          .00             .00
LITTLE CO MARY HOSPITAL  UNSEC W/INTER   NOT FILED          .00             .00
MEDICAL COLLECTIONS SYS  UNSEC W/INTER   NOT FILED          .00             .00
EVERGREEN EMERGENCY SERV NOTICE ONLY     NOT FILED          .00             .00
NATIONS CREDIT           UNSEC W/INTER   NOT FILED          .00             .00
CREDIT CARD PROCESSING C NOTICE ONLY     NOT FILED          .00             .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13913 MARILYN L JONES
```

```
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     460.12              .00              .00
CHARTER ONE AUTO FINANCE  NOTICE ONLY   NOT FILED               .00              .00
CHARTER ONE BANK          NOTICE ONLY   NOT FILED               .00              .00
CHARTER ONE NA            NOTICE ONLY   NOT FILED               .00              .00
TRU GREEN CHEMLAWN        UNSEC W/INTER NOT FILED               .00              .00
TRUEGREEN                 NOTICE ONLY   NOT FILED               .00              .00
LEDFORD & WU              DEBTOR ATTY    2,059.50                          1,767.67
TOM VAUGHN                TRUSTEE                                            885.54
DEBTOR REFUND             REFUND                                                 .00

        Summary of Receipts and Disbursements:
 -----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
 -----------------------------------------------------------------------
TRUSTEE                 14,620.00

PRIORITY                                              .00
SECURED                                         11,137.43
    INTEREST                                       829.36
UNSECURED                                             .00
ADMINISTRATIVE                                   1,767.67
TRUSTEE COMPENSATION                               885.54
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                  14,620.00                14,620.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/26/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE